United States District Court
Southern District of Texas
**ENTERED**
March 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBEKAH SHERRILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-01475 |
| | § | |
| S&D CARWASH MANAGEMENT, LLC | § | |
| and JMT SPINDRIFT PARTNERS, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On March 9, 2022, the parties filed a Joint Stipulation of Dismissal with Prejudice

(Dkt. 74) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that the above-captioned lawsuit is hereby

**DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs and attorneys' fees.

Signed on March 10, 2022, at Houston, Texas.

George C. Hanks, Jr
United States District Judge